RUSSELL & COMPAÑÍA, S. EN C., DEMANDANTES-APELANTES, *v.* BENEDICTO, TESORERO DE PUERTO RICO, DEMANDADO-APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en pleito sobre devolución de contribuciones.

No. 1870.—Resuelto en junio 29, 1918.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1827, *South Porto Rico Sugar Co.* v. *Benedicto, Tesorero de Puerto Rico,* p. 505.

Abogado de los apelantes: *Sr. O. B. Frazer.*

Abogado del apelado: *Sr. Howard L. Kern, Attorney General.*

*Revocada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.